**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Robert L. Bailey, Appellant.

Appellate Case No. 2022-000239

———————

Appeal From Orangeburg County
Edgar W. Dickson, Circuit Court Judge

———————

Unpublished Opinion No. 2025-UP-142
Submitted March 1, 2025 – Filed April 30, 2025

———————

**AFFIRMED**

———————

Senior Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, and Senior Assistant Deputy Attorney General Melody Jane Brown, all of Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, all for Respondent.

———————

**PER CURIAM:** Robert L. Bailey appeals his convictions of attempted murder, first-degree burglary, and four counts of murder, and his concurrent sentences of

thirty years' imprisonment for attempted murder, life imprisonment for first-degree burglary, and life imprisonment for each murder conviction.  On appeal, Bailey argues the trial court erred in denying his motion to sever his trial from the trial of his two co-defendants—Antly Scott and Luther Smith.  We affirm pursuant to Rule 220(b), SCACR.

We hold Bailey's argument is not preserved for appellate review because the trial court never made a final on-the-record ruling on Bailey's motion to sever.  *See State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court].").

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.